# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS MONTANA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>EMILY KAYE MARIE GOURNEAU,<br><br>Defendant. | Case No. CR 19-74-GF-BMM<br><br>**ORDER GRANTING<br>CONTACT VISIT** |

Upon Defendant's motion requesting a contact visit with her daughter and good cause appearing;

IT IS HEREBY ORDERED that the Defendant, Emily Kaye Marie Gourneau, shall be allowed a contact visit on either November 2 or November 3, 2019, with her 3 year old daughter.

DATED this 30th day of October, 2019.

_____
Brian Morris
United States District Court Judge

1