# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS MONTANA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>EMILY KAYE MARIE GOURNEAU,<br><br>Defendant. | Case No. CR 19-74-GF-BMM<br><br>WITHDRAWAL OF ORDER AND ORDER DENYING MOTION FOR CONTACT VISIT |

On October 31, 2019, the Court was notified by the United States Marshal Service that contact visits by family at the Cascade County Detention Center are against United States Marshal policy, Accordingly,

IT IS HEREBY ORDERED that Defendant, Emily Kaye Marie Gourneau 's motion is DENIED. IT IS ALSO ORDERED that this Court's Order dated October 30, 2019 (Doc. 16) is HEREBY WITHDRAWN.

DATED this 31st day of October, 2019.

_____
Brian Morris
United States District Court Judge

1